IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FERNANDO ALCAZAR,<br><br>                Plaintiff,<br><br>vs.<br><br>SURFACE SEALERS, INC.,<br><br>                Defendant. | 4:12CV3203<br><br>ORDER OF DISMISSAL |

    Counsel have filed a Joint Stipulation for Dismissal with Prejudice, ECF No. 19, in which they stipulate and agree that the above-captioned case should be dismissed with prejudice with each party bearing its own costs and waiving the complete record.

    IT IS ORDERED that the Joint Stipulation for Dismissal with Prejudice is approved. This action is dismissed with prejudice, each party shall bear its own costs and the complete record is waived.

    Dated February 19, 2013.

BY THE COURT:

*Warren K. Urbom* (signature)

Warren K. Urbom
United States Senior District Judge